# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL WILLIAMS,** | |
| Plaintiff, | 8:12CV49 |
| vs. | |
| **FIRST ADMINISTRATORS, INC., and ENDICOTT CLAY PRODUCTS CO.,** | ORDER |
| Defendants. | |

Upon notice of settlement given to the magistrate judge on June 19, 2013, by Michael B. Kratville, attorney for the plaintiff,

**IT IS ORDERED that**:

1. On or before **July 19, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled telephone conference is cancelled upon the representation that this case is settled.

Dated this 19th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge