# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>   Plaintiff,<br><br>v.<br><br>FIRST ADMINISTRATORS, INC. and ENDICOTT CLAY PRODUCTS CO.,<br><br>   Defendants. | CASE NO. 8:12CV00049<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

WHEREFORE, IT IS ORDERED, upon the Joint Stipulation of the parties (Filing No. 51), the above-referenced action should be and hereby is dismissed with prejudice, with each party to pay its own costs and attorney fees.

DATED this 24th day of September, 2013.

             BY THE COURT:

             s/ Joseph F. Bataillon
             UNITED STATES DISTRICT JUDGE

DOCS/1210813.1